# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Karissa Celeste Gallagher            Docket No. 7:10-MJ-1115-1

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Karissa Celeste Gallagher, who, upon an earlier plea of guilty to 2 Counts of Larceny of Government Property, in violation of 18 U.S.C. §641, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on August 11, 2010, to a 12-month term of probation under the standard conditions adopted by the court. The court imposed a $50 special assessment and the defendant was ordered to pay restitution of $2,000.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 14, 2011, during a routine criminal records check, the probation officer discovered the defendant was charged on June 18, 2011, with Possessing a Driver's License Knowing Same to be Altered. When confronted, the defendant reported she was a passenger in her friend's car when they were stopped by Patrol Officer J. Tarrant, Jacksonville Police Department. The defendant advised her friend and driver of the vehicle possessed a revoked drivers license. Officer Tarrant observed the defendant's license was missing a portion of the bottom and had several gouges in it. The defendant's license was suspended. In March, 2010, prior to being placed on probation, the defendant had been charged with Expired Registration and Expired Inspection which resulted in the license suspension. These charges were dismissed on June 20, 2011. On July 26, 2011, the defendant appeared in Onslow County District Court on the Altered Drivers License charge and the District Attorney dismissed the charge. A check with North Carolina DMV conducted on August 2, 2011, confirmed the defendant's drivers license is now active and in good standing.

The defendant has been unable to pay the court indebtedness in full. The outstanding balance as of July 11, 2011, is $1,700. The defendant is single and works at Subway in Jacksonville, NC, earning an hourly wage of $8.00. The defendant is also attending Coastal Carolina Community College in Jacksonville, NC. It is recommended that the term of probation be extended for two years to allow the defendant additional time to pay the restitution.

The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended for twenty-four (24) months from the expiration date of August 10, 2011, until August 10, 2013.

Karissa Celeste Gallagher
Docket No. 7:10-MJ-1115-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ Djoni B. Barrett<br>Djoni B. Barrett<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: August 3, 2011 |

## ORDER OF COURT

Considered and ordered this __3__ day of __August__, 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge